**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHN CHRISTOPHER SUNDARAJAN,**
**et al.,**

    **Plaintiffs,**

v.                                                                           Case No.  8:03-cv-2283-T-30MSS

**UNITED STATES FOOD AND DRUG**
**ADMINISTRATION, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. Plaintiff filed his Second Amended Complaint (Dkt. #48) on March 2, 2005, and a Certificate of Service (Dkt. #51) on April 8, 2005. This Court issued an Order to Show Cause on April 14, 2005, (Dkt. #52) to Defendant inquiring into its failure to answer Plaintiff's Second Amended Complaint.

Defendant's response to the Order Show Cause attempts to assert a Rule 12(b)(5) insufficiency of process defense. This defense, however, was waived by Defendant when it filed its Motion to Dismiss (Dkt. #16) Plaintiff's initial Complaint without asserting such a defense. See Fed. R. Civ. P. 12(h)(1). Contrary to Defendant's assertion, Plaintiff properly served Defendant with his Second Amended Complaint by delivering the complaint to Defendant's attorney. See Fed. R. Civ. P. 5(b)(1).

It is therefore ORDERED AND ADJUDGED that Defendant shall file a response to the Second Amended Complaint **within eleven (11) days** of the date of this Order or **SHOW**

**CAUSE in writing within eleven (11) days** of the date of this Order why the Court should not enter a default judgment against the Defendant.

**DONE** and **ORDERED** in Tampa, Florida on May 11, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\03-cv-2283 Order Show Cause.frm