**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JOHN CHRISTOPHER SUNDARAJAN,**
et al.,

    **Plaintiffs,**

v.                                                              Case No.  8:03-cv-2283-T-30MSS

**UNITED STATES FOOD AND DRUG
ADMINISTRATION, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion for Relief in Response to Complaint (Dkt. #56), and Plaintiff's memorandum in opposition (Dkt. #57). Defendant moves to dismiss Plaintiff's Second Amended Complaint (Dkt. #48), arguing that Plaintiff has failed in his third attempt to state a legally cognizable claim therein.

Plaintiff's initial Complaint was dismissed in the order of September 29, 2004 (Dkt. #30) because, *inter alia*, the allegations contained therein were indecipherable. Plaintiff was given thirty days to file an amended complaint and was instructed to set forth "precise legal claims against the FDA in a clear and orderly fashion." Plaintiff's Amended Complaint did not comply with this directive, although the actions out of which this case arose and the precise legal theory Plaintiff appeared to be attempting to assert were identified by this Court.

Plaintiff's Amended Complaint was dismissed in the order of February 28, 2005 (Dkt. #44), and Plaintiff was given specific instructions to assert facts that supported each element of a Bivens claim, "including but not limited to the lack of an alternative remedy for redress." Plaintiff did not comply with these directions, and filed a third indecipherable complaint that failed to set forth a valid legal claim.

Because Plaintiff has failed to set forth a legally cognizable claim against Defendant after having been afforded an unusual amount of guidance from the Court and having received three opportunities to file a complaint that complies with the Federal Rules of Civil Procedure, Plaintiff's Second Amended Complaint should be DISMISSED with prejudice.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion for Relief in Response to Complaint (Dkt. #56) is **GRANTED**.

2. Plaintiff's Second Amended Complaint against Defendants is hereby **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to **TERMINATE** all pending motions as moot and administratively **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on August 12, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\03-cv-2283 Motn Dismiss Pro Se 3rd Complaint Failure State Claim.wpd